IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 4:19CR00688 DPM |
| | ) |
| LYNDA CHARLES; *et al* | ) |

**FORFEITURE BILL OF PARTICULARS**

The United States of America, by Cody Hiland, the United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Cameron C. McCree, for its forfeiture bill of particulars, states:

1.　　The indictment in this case started a criminal forfeiture proceeding as to certain property. *See* ECF No. 1 at 39-40. Additionally, the United States has filed a civil action against various real properties. *See United States v. Rockwater Village Lot 10 et al*, Case Number 4:19CV00701 JM, at ECF No. 1. In addition to the criminal forfeiture proceeding in this case and the related civil forfeiture action, the United States Postal Inspection Service conducted an administrative forfeiture proceeding against two vehicles seized during the investigation. On December 18, 2019, Lynda Charles and Anthony Charles, Sr. challenged the administrative proceedings as to one vehicle (a 2016 Chevrolet Express van), and Delois Bryant challenged the administrative proceedings as to the other (a 2016 Mercedes G550). The challenges triggered the 90-day deadline set out in Title 18, United States Code, Section 983(a)(3)(A). The United States, by filing this forfeiture bill of particulars, initiates a criminal forfeiture proceeding against the two vehicles as provided by Title 18, United States Code, Section 983(a)(3)(B)(ii). *See United States v. Adams*, No. 4:08CR00033, 2009 WL 1766794, *3 (W.D. Va. June 24, 2009) ("The indictment may use general language tracking the applicable forfeiture statute as long as specific assets are

later identified by the Government in a bill of particulars") (citing *United States v. Davis*, 177 F. Supp. 2d 470, 484 (E.D. Va. 2001)).

2. In Forfeiture Allegation 1 of the Indictment, the United States gave notice that it intends to forfeit all property, real or personal, which constitutes or is derived from proceeds traceable to one or more of the offenses set out in Counts 1 through 8 of the Indictment. Further, the United States identified specific assets that it seeks to forfeit. In addition to the property listed in Forfeiture Allegation 1 of the Indictment, the United States now provides notice of its intention to seek the forfeiture of the following property under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): one 2016 Mercedes G550, VIN WDCYC3KFXGX258311 and one Chevy Express cargo van, VIN 1GCWGAFG5G1165286.

3. In Forfeiture Allegation 2 of the Indictment, the United States gave notice that it intends to forfeit all property, real or personal, involved in one or more of the offenses set out in Counts 104 through 115 of the Indictment. Further, the United States identified specific assets that it seeks to forfeit. In addition to the property listed in Forfeiture Allegation 2 of the Indictment, the United States now provides notice of its intention to seek the forfeiture of the following property under Title 18, United States Code, Section 982(a)(1): one 2016 Mercedes G550, VIN WDCYC3KFXGX258311 and one Chevy Express cargo van, VIN 1GCWGAFG5G1165286.

> CODY HILAND
> United States Attorney
>
> By: ANGELA JEGLEY (79100)
> CAMERON C. McCREE (2007148)
> Assistant United States Attorneys
> P.O. Box 1229
> Little Rock, Arkansas 72203
> (501) 340-2600
> Angela.Jegley@usdoj.gov
> Cameron.McCree@usdoj.gov