IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4:19CR00688 DPM
)
LYNDA CHARLES, et al )

## ACKNOWLEDGEMENT OF UNDERSTANDING AND AGREEMENT TO BE BOUND

By signing this document, I certify that I have read the Court's Protective Order in the above-referenced case (ECF No. 62). I understand the terms of the Order and agree to be bound by them. Further, I submit to the jurisdiction of the United States District Court for the Eastern District of Arkansas in matters relating to the Protective Order. I acknowledge that violation of the Protective Order could result in sanctions, up to and including contempt of Court.

Lindsey Jordan Fowler
PRINTED NAME

_[signature]_
SIGNATURE

2/3/2020
DATE