IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00688 DPM |
| | ) | |
| LYNDA CHARLES; *et al* | ) | |

**THE UNITED STATES OF AMERICA'S
MOTION FOR SUBSTITUTION OF COUNSEL**

The United States of America, by Cody Hiland, the United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Cameron C. McCree, for its motion for substitution of counsel, states:

1. Assistant U.S. Attorney Angela Jegley is listed as an attorney of record representing the United States in this matter. AUSA Jegley retired last week, so she will not have any continuing responsibilities in the prosecution of this case.

2. In addition to the undersigned attorney and AUSA Amanda Fields, AUSA Bart Dickinson will serve counsel of record in this matter.

3. The United States requests that the Court substitute AUSA Dickinson as counsel for the United States in place of AUSA Jegley.

                                                                                                         CODY HILAND
                                                                                                          United States Attorney

By:  CAMERON C. McCREE (2007148)
       AMANDA FIELDS (2009078)
       BART DICKINSON (98143)
       Assistant U.S. Attorneys
       P.O. Box 1229
       Little Rock, Arkansas 72203
       (501) 340-2600
       Cameron.McCree@usdoj.gov
       Amanda.Fields@usdoj.gov
       Bart.Dickinson@usdoj.gov