IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

V.                              CASE NO. 4:19-CR-688-DPM-6

EVERETT MARTINDALE                                                                 DEFENDANT

### ORDER APPOINTING COUNSEL

Pending before the Court is Defendant Everett Martindale's sealed motion for court-appointed counsel. (Doc. No. 106) The Government has not objected or otherwise taken a position on Mr. Martindale's motion. In support of his motion, Mr. Martindale has submitted a Financial Affidavit. (Doc. No. 106, p. 4)

Considering the cost of the necessities of life for Mr. Martindale, his asset encumbrances, and the likely cost of retained counsel given the complexity of the case, the Court finds that Mr. Martindale has financial resources and income in excess of those needed for life's necessities but less than the amount necessary to *fully* pay retained counsel. Criminal Justice Act Plan for the Eastern District of Arkansas, Section IV.E.3 (2020); 7A Guide to Judiciary Policy § 210.40.40 (2019).

Mr. Martindale is, therefore, entitled to court-appointed counsel, and the motion is GRANTED. Due to the nature and complexity of the case and in the interest of judicial economy, Mr. Martindale's retained counsel, Blake Hendrix, is appointed to continue representing Mr. Martindale in all further proceedings in this matter. Criminal Justice Act Plan, Section VIII.E.2. The appointment is not retroactive. See 18 U.S.C. § 3006A(b).

Once an individual has demonstrated an inability to pay the full cost of his defense, he may be ordered to make partial payment. *Museitef v. United States*, 131 F.3d 714, 716 (8th Cir. 1997) (citing 18 U.S.C. § 3006A(f)). In determining whether Mr. Martindale can bear a partial cost his representation, "the test is whether repayment would cause such financial hardship as to make it impractical or unjust." *Id.*

Given Mr. Martindale's financial resources, he must contribute to his defense costs. To that end, he is ordered to pay $200.00 per month by check or money order to the Clerk of the Court. 18 U.S.C. § 3006A(f). Monthly payment shall be made on the 15th day of each month, beginning June 15, 2021 and continuing until Mr. Martindale's case is resolved.[1]  Mr. Martindale is reminded of his duty to inform the court and his appointed counsel of any change in financial status. 7A Guide to Judiciary Policy § 210.40.30(c).

SO ORDERED, this 28th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to deposit the funds into the Treasury; the funds shall be credited to the Defender Services appropriation. 18 U.S.C. § 3006A(f); 7A Guide to Judiciary Policy §§ 210.40.40(a), 230.40(c).